| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Thomas P. Giordano<br>18101 Von Karman Ave<br>Suite 560<br>Irvine, CA 92612<br>(714) 912-7835 Fax: (714) 627-4334<br>California State Bar Number: 155548<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Ed Vallejo

Debtor.

vs.

Plaintiff(s),

Defendant(s).

CHAPTER  7

CASE NUMBER 1:11-bk-13296-MT

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*: Ed Vallejo

2. The name, address and telephone number of the New Attorney are *(specify)*:

Thomas P. Giordano
18101 Von Karman Ave
Suite 560
Irvine, CA 92612
714 912 7835

3. New Attorney hereby appears in the following matters:   ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: NONE  *(Debtor, Pro Se)*

Dated: June 17, 2011

__Ed Vallejo__
Type Name of Party

_____
Signature of Party

I consent to the above substitution.

Dated: June 17, 2011

__None__
Type Name of Present Attorney

_____
Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: June 17, 2011

__Thomas P. Giordano__
Type Name of New Attorney

_____
Signature of New Attorney

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

| Substitution of Attorney - *Page 2* | F 2090-1.4 |
|---|---|
| In re<br><br>Ed Vallejo<br><br>Debtor. | CHAPTER __13__<br>CASE NUMBER 1:11-bk-13296-MT |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2090-1(f)(5) regarding the requirements and procedures for making an application to employ an attorney.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 2090-1.4

Substitution of Attorney - Page 2 | F 2090-1.4

In re
Ed Vallejo
Debtor.

CHAPTER 13
CASE NUMBER 1:11-bk-13296-MT

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18101 Von Karman Ave
Suite 560
Irvine, CA 92612

A true and correct copy of the foregoing document described as __SUBSTITUTION OF ATTORNEY__ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/17/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Nancy J Zamora (TR) zamora3@aol.com, nzamora@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/17/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Nancy J Zamora (TR)
633 West 5th Street, Suit 2600
Los Angeles CA 90071

United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills CA 91367

Honorable Maureen A. Tighe
21041 Burbank Boulevard, Suite 325
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 | F 2090-1.4

Substitution of Attorney - Page 2     F 2090-1.4

| In re | | |
|---|---|---|
| Ed Vallejo | CHAPTER | 13 |
| Debtor. | CASE NUMBER 1:11-bk-13296-MT | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 17, 2011 | Thomas P. Giordano | /s/ Thomas P. Giordano |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009        F 2090-1.4